IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| David Jimmy Jones, #146925, ) | C/A No.  9:05-761-JFA-GCK |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| Newberry County; South Carolina Department ) | |
| of Corrections; and Jon Ozmint, Director, ) | |
| SCDC, ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court for review of the Magistrate Judge's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court.  *Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b)(1).

The *pro se* plaintiff initiated this action against the defendants pursuant to 42 U.S.C.

1

§ 1983. The plaintiff basically claims unlawful imprisonment beyond his sentence and requests monetary damages.

In accordance with established procedures in this District, the case was referred to a Magistrate Judge for pretrial handling. In a detailed and comprehensive Report and Recommendation filed with the court on April 22, 2005, the Magistrate Judge suggests that the plaintiff's allegations fail to state a claim against the defendants, and the complaint should be dismissed.

The plaintiff was advised of his right to file objections to the Report within time limits set out in the Local Rules for this District. However, the plaintiff had not filed objections as of the date of this order.

After carefully reviewing the applicable law, the record in this case, and the Report and Recommendation, the court finds that the Magistrate Judge's suggested disposition is correct Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED.

June 2, 2005  
Columbia, South Carolina

s/ Joseph F. Anderson, Jr.  
United States District Judge